**Exhibit A to the Complaint**

**Location:** Las Vegas, NV  
**Total Works Infringed:** 52

**IP Address:** 72.193.212.112  
**ISP:** Cox Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E047474EFEE819B9FB10F16B1D0FD1DF4B14C515 | Blacked | 09/08/2018 19:46:37 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 2 | 03F37838B1CA52BB0D7D71BCAB02E42D7B8CB6A1 | Vixen | 08/25/2018 21:49:26 | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 3 | 0A7EC32619709C93EEE7297B7270E639A2519C71 | Blacked Raw | 08/28/2018 19:03:57 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 4 | 0C646F6D3FC9F2DA88D7D1470FF2BBEF74DCC471 | Blacked Raw | 09/05/2018 18:41:38 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 5 | 1A065EDB20B869CF596C1E0776E71CCC96503985 | Blacked | 08/30/2018 21:46:47 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 6 | 1D32764F4F585900CC7C7C0A084F83AA3DD08F9B | Blacked Raw | 09/20/2018 18:27:40 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 7 | 2150CA87773F779DFD66ACFF020E9CF1D53E6FB2 | Blacked Raw | 08/06/2018 17:31:04 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 8 | 26CA17C0313E2CA883BAC7F998B14A1D37979917 | Vixen | 09/24/2018 15:49:02 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 9 | 27FE866B6C2C923F076F9DA9E91B076AD79DBAFD | Blacked Raw | 09/18/2018 19:01:46 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 10 | 299AB9E2C80AF3D61F99BAA660ADB00B98FF0CC2 | Blacked Raw | 09/08/2018 19:32:38 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 11 | 2AB0750081088BB1557DE1AE4FD0FBFCD159DC7D | Tushy | 08/09/2018 22:40:47 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 12 | 2AB27D892B3DE63147CBEBF51931BD23A62F191B | Blacked Raw | 09/20/2018 18:26:30 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 13 | 306402E9AAC50A99C52FF4C7E096C029EBFC7067 | Blacked Raw | 08/26/2018 04:46:02 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 14 | 3B33C6B0B4926895898D734F04677BCAD151C7B9 | Vixen | 09/19/2018 16:22:12 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 15 | 3D62D37F2E84359D7DBBB0E555073851960486EF | Blacked Raw | 08/28/2018 19:14:05 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 16 | 3F98B6ECE699F01662E48C2EBFDBAA6DF3108D70 | Tushy | 09/08/2018 10:57:04 | 06/10/2018 | 07/14/2018 | PA0002128387 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 46740638A09FA2684D2D77F8FE2CF13A4320A996 | Blacked Raw | 09/18/2018 21:26:31 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 18 | 46FE760E2E17B1BC125CD9765A5DFFC582691EB1 | Blacked | 08/30/2018 23:10:44 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 19 | 5C8316CFEADC456A56AE8BDFA81D6699B0477BD5 | Tushy | 07/26/2018 20:40:55 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 20 | 5FA65E71F1C0D396DAFFF5343163B77EA60F4ADB | Tushy | 09/05/2018 02:46:25 | 09/03/2018 | 11/01/2018 | 17094105281 |
| 21 | 66957FB1E368ED1CA5CDEA32D22B9CAC13AF7184 | Tushy | 08/26/2018 02:19:27 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 22 | 67BAFCE160EFDF2258930F8740BF35E9B64DAEE7 | Blacked | 09/28/2018 17:49:00 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 23 | 6F40858134C792F01CB22381138BED1B1039DFAE | Blacked Raw | 08/01/2018 14:36:04 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 24 | 8488F84135F1975311D885163B55C6B7C996F5DE | Blacked | 09/10/2018 22:31:10 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 25 | 8CBA006531779F5F4CE7CAE66E0AFF98C33FAE96 | Blacked Raw | 08/25/2018 21:19:36 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 26 | 9189C76CBC9B97EEE3CD5B1DE79CA20DE67B3A4B | Tushy | 09/11/2018 02:18:57 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 27 | 95110AEEE3B7586C9E69005DA455CC5D47736171 | Blacked | 09/20/2018 18:28:09 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 28 | 96811E4546BD15C8CAF298693A1E5E6E09C0BBD8 | Blacked Raw | 08/28/2018 18:57:09 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 29 | 9B31129572F3E6F136D514C1A48643C2B689BFBC | Blacked | 08/04/2018 23:59:40 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 30 | A3CAC9AA340FB1F67ECAB5C949976330111F8B83 | Tushy | 08/30/2018 21:30:34 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 31 | A45E405A3DB60A4ED6C678601DAF54D82B372648 | Blacked Raw | 08/25/2018 21:27:19 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 32 | AB331A0354071C82A31A3A221F60E7DF40E7D38F | Blacked Raw | 07/31/2018 01:45:39 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 33 | ADBBB7447A30519245BF8441B3AFEE3027468729 | Tushy | 09/17/2018 20:27:19 | 09/13/2018 | 11/01/2018 | 17093751703 |
| 34 | B99424896E7EF95C102AEED01FCA5593E8F6A7B0 | Blacked Raw | 09/06/2018 16:20:36 | 08/25/2018 | 10/16/2018 | PA0002127783 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B9C95B468C8E7DD8256CCC47F1DFA7690EB3C032 | Blacked Raw | 08/11/2018 23:57:04 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 36 | BA2BBBDA8657B34B15F7A5150E4DCBCC33D21F19 | Blacked Raw | 09/26/2018 21:15:18 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 37 | CB56BDFC088A790B49815E65B82DDA761F43782E | Tushy | 09/03/2018 23:13:57 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 38 | CBD2F5FE4ADFC4FB119D35A4F30DF50DD7B72A46 | Blacked Raw | 08/18/2018 01:09:00 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 39 | CDAA4A2675014797A1E985D0FD36F038D05706F5 | Blacked | 09/24/2018 15:57:46 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 40 | D26F8A6AF8B93FCCD98C1DDA353A3BF0E81EB354 | Blacked | 08/09/2018 18:07:02 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 41 | D41D2B2F9FC6ACAFAC4D517014FC9677FA298904 | Tushy | 07/31/2018 00:00:20 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 42 | D8A670F40A957E4B4EDFB9D53F435170DF01E872 | Blacked | 08/24/2018 03:22:44 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 43 | DF978B5236C468C5F8745141EE8AF5EE9B17E4B6 | Vixen | 08/12/2018 00:59:34 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 44 | DFCF872DAE24946212E277A9DB4AF05DE42B3F42 | Blacked Raw | 09/05/2018 02:42:42 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 45 | E19226E7108A2AE42FB11999DB48D34337177FFB | Vixen | 09/18/2018 19:00:58 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 46 | E20FBAF25E0D18A19148AAAC3EFF0D036D97C932 | Blacked | 08/30/2018 23:18:53 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 47 | E37B060309A3118BFBF3D51977B0E58602B2CE11 | Blacked | 08/28/2018 19:07:01 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 48 | E694F3C064ED8A0D3F581B4EB3D5E546B5B2C68D | Vixen | 08/13/2018 04:47:43 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 49 | EA552B32909B0C1970981C8D2F25E7E65689D85F | Blacked | 08/23/2018 22:57:38 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 50 | F550D0EF0BD2C9ED9C12F2C6E4FF466C8D7228F2 | Vixen | 09/14/2018 00:56:43 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 51 | F76041E4A8F1AB7704EBEA77791D8B92D4A64A4D | Blacked | 09/14/2018 00:56:10 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 52 | FAC320E937B3B75B1C0F4EE67D404ADA4D9BADA5 | Tushy | 09/18/2018 23:32:41 | 05/11/2018 | 05/24/2018 | PA0002101379 |